```
 1  LISA B. MEIER, SBN 218979
    809 Montgomery Street, 2nd Floor
 2  San Francisco CA 94133
    Telephone: 415/394-3800
 3  Facsimile: 415/394-3806

 4  Attorney for Defendant
    CHARLES WILSON
 5

 6

 7                    UNITED STATES DISTRICT COURT

 8                   EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,        No. 2:12-CR-00125

11           Plaintiff,
                                     STIPULATION AND ORDER TO
12                                   RESCHEDULE THE
         v.                          STATUS CONFERENCE
13

14  CHARLES WILSON,

15           Defendant.

16  _____/

17
```

18      THE PARTIES HEREBY STIPULATE AND AGREE that the status

19 conference presently set for May 17, 2012, shall be continued to

20 May 24, 2012.

21      It is further stipulated and agreed between the parties

22 that time be excluded until the requested hearing date on May

23 24, 2012, under local code T4, preparation of counsel.

24 ///

25 ///

26 ///

27 ///

28 ///

1

A plea agreement has recently been provided by the government which is presently under consideration; however, counsel for defendant would like additional time to review the provisions of the plea agreement with the defendant, including reviewing the factual basis against the discovery to ensure the plea is in the best interests of the defendant and consistent with the discovery provided by the government.  The parties expect that any resulting issues or concerns can be resolved before May 24, 2012 and therefore expect that that date may be a change of plea hearing rather than status conference.  The parties will advise the Court of such a development in advance of May 24, 2012.

Respectfully Submitted,

| /S/JEAN HOBLER | /S/LISA B. MEIER |
|---|---|
| JEAN HOBLER | LISA B. MEIER |
| Assistant U.S. Attorney | Attorney for Defendant |
| Dated: May 11, 2012 | CHARLES WILSON |
| | Dated: May 11, 2012 |

///
///
///
///

**ORDER**

Based on the parties' representations, the Court finds that the ends of justice served by the requested continuance outweigh the interests of the defendant and the public in a speedy trial. The status conference is accordingly continued until May 24, 2012 at 9:00 a.m. in Courtroom No. 7.  Time between May 17, 2012 and May 24, 2012 shall be excluded pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: May 18, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE